

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR98-537-WJR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REVOCATION |
| -v- | ) | OF SUPERVISED RELEASE |
| | ) | |
| DUANE KEITH DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |



**WHEREAS,** on October 5, 1998, the defendant was sentenced on a plea of guilty as charged in the Count 1 of the Indictment; Conspiracy, in violation of 21 USC 846; and on Count 2; Possession with Intent to Distribute Cocaine, and Aiding and Abetting, in violation of 21 USC 841(a)(1); and 18 USC 2. **(SEE ATTACHED JUDGMENT AND COMMITMENT ORDER).**

**AND NOW,** on April 19, 2005, the cause is before this Court; and the defendant is represented by appointed counsel, Angela Parrot, Deputy Federal Public Defender; the Government is represented by Kevin Rosenberg, Assistant United States Attorney.

The defendant admits to Allegations 1, 2 and 3 as set forth in the Petition for Action of Court filed on August 13, 2004.

**THE COURT FINDS** that the defendant has violated the terms and conditions of his supervised release.



CR98-537-WJR  
USA -v- DUANE KEITH DAVIS

APRIL 19, 2005  
PAGE 2

HEARING ON REVOCATION OF SUPERVISED RELEASE  
(CONT'D)

**IT IS HEREBY ADJUDGED** that the defendant's supervised release be revoked.

It is further ordered that the defendant be committed to the custody of the Bureau of Prisons, to be imprisoned for a term of six(6) months.

The Court recommends that the defendant be incarcerated in the Southern California area.

DATED: 4-29-05

WILLIAM J. REA, U.S. DISTRICT JUDGE

United States District Court
Central District of California

UNITED STATES OF AMERICA v.                    Docket No. CR-98-537-WJR
Defendant DUANE KEITH DAVIS
aka Dwayne Keith Davis, Ken Johnson,           Social Security No. 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
Keith Johnson, Duane Keith Johnson, Duaine Keith Davis          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
"Keithy Dee"                                                    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
Mailing Address:
    Metropolitan Detention Center
    535 North Alameda Street
    Los Angeles, Ca. 90012

| JUDGMENT AND PROBATION/COMMITMENT ORDER |

In the presence of the attorney for the government, the defendant appeared in person, on October 5, 1998.

COUNSEL:   __XX__ WITH COUNSEL Edi M.O. Faal (Retained)
                              (Name of Counsel)

PLEA:      __xx__ GUILTY, and the Court being satisfied that there is a factual
           basis for the plea____       ____ NOLO CONTENDERE       ____ NOT GUILTY

FINDING:   There being a finding/verdict of GUILTY, defendant has been convicted as charged of the offense(s) of: Conspiracy; Possession with intent to distribute cocaine, and aiding and abetting in violation of 21 USC 846; 841(a)(1) and 18 USC 2, as charged in counts one and two of the Indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:

Seventy months as to counts 1 and 2. This term consists of seventy months on each of counts 1 and 2 of the Indictment, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years on the following terms and conditions: This term consists of five years on each of counts 1 and 2, all such terms to run concurrently. (1) the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; (2) the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; (3) defendant shall participate in a drug treatment program; (4) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant.

(Page one of two pages)

United States District Court
Central District of California

UNITED STATES OF AMERICA                                Docket No. CR 98-537-WJR
          v.
DUANE KEITH DAVIS                                       DATE: October 5, 1998


JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 1


In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer; and (4) the defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification without the prior written aproval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any name other than his true legal name.
Pursuant to Section 5El.2(f) of the Guidelines, all fines are waived including the cost of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.
It is further ordered that the defendant shall pay to the United States a special assessment of $200.00.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge _____
                                    WILLIAM J. REA

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                                        Sherri R. Carter, Clerk

Dated/Filed  10  13  98                                 By_____
             Month / Day / Year                              Deputy Clerk
                                                             Robert J. Flores


(Page two of two pages)

United States District Court
Central District of California

.UNITED STATES OF AMERICA v.                Docket No. CR-98-537-WJR
·Defendant DUANE KEITH DAVIS
aka Dwayne Keith Davis, Ken Johnson,        Social Security No. 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
Keith Johnson, Duane Keith Johnson, Duaine Keith Davis   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
"Keithy Dee"                                                  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
Mailing Address:
   Metropolitan Detention Center
   535 North Alameda Street
   Los Angeles, Ca. 90012

| JUDGMENT AND PROBATION/COMMITMENT ORDER |

In the presence of the attorney for the government, the defendant appeared in person, on October 5, 1998.

COUNSEL:   __XX__ WITH COUNSEL Edi M.O. Faal (Retained)
                                  (Name of Counsel)

PLEA:      __xx__ GUILTY, and the Court being satisfied that there is a factual
           basis for the plea____        NOLO CONTENDERE__    ____ NOT GUILTY

FINDING:   There being a finding/verdict of GUILTY, defendant has been convicted as charged of the offense(s) of: Conspiracy; Possession with intent to distribute cocaine, and aiding and abetting in violation of 21 USC 846; 841(a)(1) and 18 USC 2, as charged in counts one and two of the Indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:

Seventy months as to counts 1 and 2. This term consists of seventy months on each of counts 1 and 2 of the Indictment, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years on the following terms and conditions: This term consists of five years on each of counts 1 and 2, all such terms to run concurrently. (1) the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; (2) the defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; (3) defendant shall participate in a drug treatment program; (4) as directed by the Probation Officer, the defendant shall provide to the Probation Officer an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant.

(Page one of two pages)

United States District Court
Central District of California

UNITED STATES OF AMERICA                    Docket No. CR 98-537-WJR
         v.
DUANE KEITH DAVIS                           DATE:  October 5, 1998

## JUDGMENT AND PROBATION/COMMITMENT ORDER

continued from page 1

In addition, the defendant shall provide federal and state income tax returns as requested by the Probation Officer; and (4) the defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification without the prior written aproval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any name other than his true legal name.
Pursuant to Section 5El.2(f) of the Guidelines, all fines are waived including the cost of imprisonment and supervision, as it is found that the defendant does not have the ability to pay.
It is further ordered that the defendant shall pay to the United States a special assessment of $200.00.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by:  District Judge _____
                                    WILLIAM J. REA

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                            Sherri R. Carter, Clerk

Dated/Filed  10 / 13 / 98            By _____
             Month / Day / Year           Deputy Clerk
                                          Robert J. Flores

(Page two of two pages)

# NOTICE PARTY SERVICE LIST

Case No. CR 98-537-WBR  Case Title USA -v- Duane Keith Davis

Title of Document  ORDER ON REVOCATION OF SUPERVISED RELEASE

|   | |
|---|---|
|   | Atty Sttlmnt Officer |
|   | BAP (Bankruptcy Appellate Panel) |
|   | Beck, Michael J (Clerk, MDL Panel) |
| X | BOP (Bureau of Prisons) |
|   | CA St Pub Defender (Calif. State PD) |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |
|   | Chief Deputy Admin |
|   | Chief Deputy Ops |
|   | Clerk of Court |
|   | Death Penalty H/C (Law Clerks) |
|   | Dep In Chg E Div |
|   | Dep In Chg So Div |
| X | Fiscal Section |
|   | Intake Section, Criminal LA |
|   | Intake Section, Criminal SA |
|   | Intake Supervisor, Civil |
|   | Interpreter Section |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PIA Clerk - Santa Ana (PIASA) |
| X | PSA - Los Angeles (PSALA) |
|   | PSA - Riverside (PSAED) |
|   | PSA - Santa Ana (PSASA) |
|   | Schnack, Randall (CJA Supervising Attorney) |
|   | Statistics Clerk |

|   | |
|---|---|
|   | Stratton, Maria - Federal Public Defender |
|   | US Attorneys Office - Civil Division -L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division -L.A. |
|   | US Attorneys Office - Criminal Division -S.A. |
|   | US Bankruptcy Court |
| X | US Marshal Service - Los Angeles (USMLA) |
|   | US Marshal Service - Riverside (USMED) |
|   | US Marshal Service -Santa Ana (USMSA) |
| X | US Probation Office (USPO) |
|   | US Trustee's Office |
|   | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk ___